UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
<u>WEST PALM BEACH</u> DIVISION
www.flsb.uscourts.gov

In re:  SCHUTTE, TERRY GRAHAM           CASE NO. 13-36171-PGH
XXX-XX-9966                              CHAPTER 13
SCHUTTE, CAROLINA TAPIA
XXX-XX-6890

    Debtor  /

**MOTION TO MODIFY CONFIRMED SEVENTH MODIFIED
CHAPTER 13 PLAN**

**COMES NOW THE DEBTORS** who moves this Honorable Court to be allowed to modify the chapter 13 plan post-confirmation. As grounds for this request, the debtors avers:

1. The Debtors filed a voluntary chapter 13 bankruptcy petition on October 30, 2013.

2. The Debtors' Seventh Modified plan was confirmed on February 12, 2018.

3. The Debtors were paying 100% to unsecured creditors based on their income.

4. The Debtors have paid unsecured creditors to date $71,434.96.

5. The Debtors liquidation was only $5,298.75.

6. The Debtor is 72 years old and is no longer working.

7. The Joint Debtor is also not working.

8. The only income at the present time is social security income.

9. The Debtors are requesting that they be allowed to modify the plan to decrease the monthly payment based on their current income.

10. A fee of $525.00 was charged for this Motion which is reflected in the Eighth Modified Plan. An Amended Disclosure of Compensation of Attorney for Debtor will be filed contemporaneously with this motion.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        THE PORT LAW FIRM, P.A.
        *Attorney for the Debtor(s)*
        2161 Palm Beach Lakes Blvd., Suite 202
        West Palm Beach, FL 33409
        Tel: (561) 721-1212
        FAX: (888) 411-0092

By:    /S/ Edward N. Port
        Edward N. Port, Esq.
        For The Firm
        Florida Bar No. 988588