**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ Twelfth    Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: SCHUTTE, TERRY        JOINT DEBTOR: SCHUTTE, CAROLINA     CASE NO.: 13-36171-MAM

SS#: xxx-xx-9966              SS#: xxx-xx-6890

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $3,510.77 for months 1 to 57;
2. $175.00 for months 58 to 60;

**B. DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE   ☐ PRO BONO

| Total Fees: | $8175.00 | Total Paid: | $5760.00 | Balance Due: | $2415.00 |
|---|---|---|---|---|---|
| Payable | $42.37 | /month (Months 1 to 57) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3500 + $1800 LLM + $775 MTV + $525 MTV + $525 MTM + $525 MTM + $525 MTM= $8,175.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Wells Fargo Bank transferred to Fay Servicing, LLC
   Address: 3000 Kellway Dr. Ste 150 Carrollton, TX 75006
   Arrearage/ Payoff on Petition Date: 35,800.24
   Arrears Payment (Cure): $485.89 /month (Months 1 to 57)
   Regular Payment (Maintain): $1,609.36 /month (Months 1 to 57)
   Last 4 Digits of Account No.: 4413
   Other: Fay Servicing offered a Modification and will be treated outside for remainder of plan

☐ Real Property  
☒ Principal Residence  
☐ Other Real Property  

Check one below for Real Property:  
☒ Escrow is included in the regular payments  
☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly  

Address of Collateral:  
726 SE Damask Avenue  
Port St. Lucie Florida 34983  

☐ Personal Property/Vehicle  
Description of Collateral: _____

B. **VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☐ NONE

1. Creditor: PNC Bank  
Address: POB 94982  
Cleveland, OH 44101  
Last 4 Digits of Account No.: 5835  

Real Property  
☒ Principal Residence  
☐ Other Real Property  
Address of Collateral:  
726 SE Damask Avenue  
Port St. Lucie Florida 34983  

Value of Collateral: $189,000.00  
Amount of Creditor's Lien: $49,241.95  
Interest Rate: _____  

Check one below:  
☒ Escrow is included in the monthly mortgage payment listed in this section  
☐ The debtor(s) will pay  
   ☐ taxes  ☐ insurance directly  

**Payment**  
Total paid in plan: _____  

$0.00 /month (Months ___ to ___)  

2. **VEHICLES(S):** ☐ NONE

1. Creditor: Yamaha/GEMB/GE Capital  
Address: POB 103106  
Roswell, GA 30076  
Last 4 Digits of Account No.: _____  
VIN: JYAP28E89A002739  
Description of Collateral:  
2009 Yamaha Roadster  

Check one below:  
☒ Claim incurred 910 days or more pre-petition  
☐ Claim incurred less than 910 days pre-petition  

Value of Collateral: $2,745.20  
Amount of Creditor's Lien: $2,745.20  
Interest Rate: _____  

**Payment**  
Total paid in plan: $3,127.20  

$48.00 /month (Months 1 to 57)  
$130.68 /month (Months 58 to 60)  

3. **PERSONAL PROPERTY:** ☒ NONE

C. **LIEN AVOIDANCE** ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.  
☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the clebtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | St. Lucie County Tax Collector | | 726 SE Damask Avenue, Port St. Lucie Florida 34983 |
| 2. | World Omni Financial | 9006 | 2012 Toyota Tundra |
| 3. | Fay Servicing, LCC | 4413 | 726 SE Damask Avenue, Port St. Lucie Florida 34983 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

  B. **INTERNAL REVENUE SERVICE:** ■ NONE

  C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

  D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay $1,205.25 /month (Months 1 to 57 )

   Pay $28.41 /month (Months 58 to 60 )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. SEPARATELY CLASSIFIED: ■ NONE

  *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.**

  ☐ NONE

  ■ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|---|
| 1. | Ally Financial | 2012 GMC Acadia | 8194 | ■ Assume  ☐ Reject |

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

  ☐ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

  ☐ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

  ■ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

Debtor(s): SCHUTTE, TERRY , SCHUTTE, C/ Case number: 13-36171-MAM

- ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

   The Debtors present income is different than the prior six months as the Debtors' income has decreased.  The debtor's income is now solely social security and the joint debtor is no longer working. In determining the Debtors' disposable income, the Debtors are claiming special circumstances.  The new Gross income on line #11 is $0.00. The new Tax Deduction on line #16 is  $0.00.  The new Insurance Deductions on line #25 is $0.00.  The Total of all deductions on line #42  is now $0.00.  The disposable income on line #45 is now $0.00.

- ☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Terry Schutte | Debtor | August 10, 2018 | Carolina Schutte | Joint Debtor | August 10, 2018 |
| SCHUTTE, TERRY | | Date | SCHUTTE, CAROLINA | | Date |

_____  _____
Attorney with permission to sign on              Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**